THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR SOWELL, Appellant.

Decided December 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).